UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        CIV S-05-0979 WBS PAN PS

    v.

                              FINDINGS AND RECOMMENDATIONS

UNITED STATES GOVERNMENT,

        Defendant.

—oOo—

On May 17, 2005, plaintiff filed a declaration entitled "Forma Pauperis Application" which states, "I, David Anthony Fallon, hereby state that I have $610.00 in cash and no personal property of any real value." The accompanying complaint seeks "two hundred billion dollars" from the U.S. Government for plaintiff's "expos[ure] to a strip search in the San Mateo Men's County Jail in 2000" which the County has purportedly justified to plaintiff by reference to California Government Code §§ 910 and 910.2.

Plaintiff's declaration fails to provide sufficient information for this court to assess plaintiff's financial status and therefore fails to demonstrate plaintiff is unable to pay the filing fee without compromising his ability to provide himself and his dependents with the necessities of life. See 28 U.S.C. § 1915(a)(1); Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948). Moreover, plaintiff's complaint fails to state a claim upon which relief may be granted. See 28 U.S.C. §§ 1915(e)(2)(B)(ii).

Accordingly, I recommend that plaintiff's application to proceed in forma pauperis be denied and the Clerk of Court directed to close this file.

I further recommend that plaintiff be cautioned that he may be sanctioned pursuant to Fed. R. Civ. P. 11(b) if he continues to file frivolous complaints. Plaintiff has filed twenty-two cases in this court since 1996. This is the third of plaintiff's cases assigned to this judge within the last two months and none sets forth a cognizable claim.

These findings and recommendations are submitted to the Honorable William B. Shubb, the United States District Judge assigned to this case. 28 U.S.C. § 636(b)(l). Written objections may be filed within ten days after being served with these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The failure to file objections within the

////

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 6, 2005.

                                    <u>/s/ Peter A. Nowinski</u>
                                    PETER A. NOWINSKI
                                    Magistrate Judge