IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        CIV. S-05-0979-WBS-PAN-PS

    v.

UNITED STATES GOVERNMENT,        ORDER

        Defendant.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On June 6, 2005, Judge Nowinski recommended that plaintiff's application to proceed in forma pauperis be denied.  On June 9, 2005, plaintiff filed "objections" to the findings and recommendation.

        Because the court cannot read plaintiff's handwriting on any of his pleadings, IT IS HEREBY ORDERED that plaintiff's

///

///

1 | request to proceed in forma pauperis is DENIED, and his complaint
2 | is hereby DISMISSED without prejudice.
3 | DATED: June 24, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2